UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 25 2005 ★

BROOKLYN OFFICE

-------------------------------------------------

UNITED STATES OF AMERICA,

-vs-

JACQUELINE MORENO-PENA,

-------------------------------------------------

ORDER

CR- 04-591

KORMAN, J.

On the record of the sentencing proceeding, the defendant, who is an excludable alien, waived his/her right to an exclusion/deportation hearing and agreed to withdraw his/her application for admission to the United States.

Accordingly, following the completion of his/her sentence, the Bureau of Immigration and Customs Enforcement (Immigration and Naturalization Service) are ordered to enter an order of exclusion/deportation and deport the above-named defendant without any exclusion/deportation hearing.

SO ORDERED.

s/Edward R. Korman
EDWARD R. KORMAN, U.S.D.J.

DATED: Brooklyn, N.Y.
January 28, 2005